AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

| | |
|---|---|
| EDWIN MALDONADO ) | UNITED STATES DISTRICT COURT |
| ) | SOUTHERN DISTRICT OF NEW YORK |
| V. ) | Docket/Index # 07 CV 3500 |
| ) | |
| ANGELA LARKIN ET ANO ) | Date Index # Purchased: 5/2/2007 |
| ) | |
| ) | **Affidavit of Service** |

State of New Jersey  
County of Bergen    SS:

I, **NOEL B. GLASTEIN** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on **June 11, 2007** at **7:45 PM**, deponent served the within named **SUMMONS IN A CIVIL CASE & VERIFIED COMPLAINT** upon **ANGELA LARKIN**. Said service was effected at **6 ORCHARD ROAD, PARK RIDGE, NJ 07656**, in the following manner;

By delivering thereat a true copy of each to **ANGELA LARKIN** personally. Deponent knew said person so served to be the person described as said **ANGELA LARKIN** therein.

**ANGELA LARKIN** is described to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female**  Skin Color: **White**  Hair: **Black**  Age(Approx): **45**  Ht.(Approx): **5' 11"**  Wt.(Approx): **180-190 lbs**

I **NOEL B. GLASTEIN** asked, whether **ANGELA LARKIN** was in the military service of the State or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, deponent avers that **ANGELA LARKIN** is not in the military service of the State or the United States as that term is defined in the statues of the State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on June 13, 2007

*[signature]*  
DONNA JEAN ARCIUOLO  
NOTARY PUBLIC OF NEW JERSEY  
My Commission Expires 11/27/07

*[signature]*  
NOEL B. GLASTEIN, Process Server  
Federated Legal Service  
32 Court Street  
Suite 1502  
Brooklyn, NY 11201  
212-587-1500

CLS # 33447

|  |  |
|---|---|
| EDWIN MALDONADO<br><br>V.<br><br>ANGELA LARKIN ET ANO | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Docket/Index # 07 CV 3500<br><br>Date Index # Purchased: 5/2/2007<br><br>**Affidavit of Service** |

State of New Jersey     SS:
County of Bergen

I, **NOEL B. GLASTEIN** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on **June 11, 2007** at **7:45 AM**, deponent served the within named **SUMMONS IN A CIVIL CASE & VERIFIED COMPLAINT** upon **HAROLD F. LARKIN**. Said service was effected at **6 ORCHARD ROAD, PARK RIDGE, NJ 07656**, in the following manner;

By delivering thereat a true copy of each to **HAROLD F. LARKIN** personally. Deponent knew said person so served to be the person described as said **HAROLD F. LARKIN** therein.

**HAROLD F. LARKIN** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male**  Skin Color: **White**  Hair: **Brown**  Age(Approx): **45-50**  Ht.(Approx): **6' 4"**  Wt.(Approx): **275-300 lbs**
Other: **brown goatee**

I **NOEL B. GLASTEIN** asked, whether **HAROLD F. LARKIN** was in the military service of the State or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, deponent avers that **HAROLD F. LARKIN** is not in the military service of the State or the United States as that term is defined in the statues of the State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on June 13, 2007

*Donna Jean Arciuolo*
DONNA JEAN ARCIUOLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/27/07

*Noel B. Glast*
NOEL B. GLASTEIN, Process Server
Federated Legal Service
32 Court Street
Suite 1502
Brooklyn, NY 11201
212-587-1500

CLS # 33446