```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 6 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Edwin Maldonado,

        Plaintiff,

- against -

Angela Larkin and Harold F. Larkin,

        Defendants.
------------------------------------------------------------x

07 Civ. 3500 (PAC)

**ORDER OF DISCONTINUANCE**

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that the parties agree to recommence the within action in Supreme Court, Kings County and to proceed with litigation in the state venue[1], it is,

**ORDERED**, that the above-entitled action be and hereby is discontinued without costs to either party.

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Dated:   New York, New York
           September 26, 2007

---

[1] See attached letter dated September 24, 2007 from Amy Rosenbloom

Law Offices of
# Weiss & Rosenbloom, P.C.
27 Union Square West, Suite 307, New York NY 10003
Tel. (212) 366-6100 • Fax (212) 366-6254

Amy Rosenbloom
Barry D. Weiss

Marilyn N. Cashman
Deborah C. Ocona
Joanne Porcelli
Andrea Krugman Tessler

September 24, 2007

BY FAX (212) 805-6304
Judge Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Edwin Maldonado v. Angela Larkin and Harold Larkin
Index No: 07 CV 3500

Dear Judge Crotty:

**MEMO ENDORSED**

We are the attorneys for plaintiff. In accordance with the request of Marlon Ovalles, with whom I spoke this morning, I am writing to advise the Court that the parties herein have agreed to recommence the within action in Supreme Court, Kings County and to proceed with litigation in the state venue. We have executed a stipulation that provides for the commencement of the action and the interposing of an answer (without affirmative defenses) within 30 days. Accordingly, we request that the within action be stayed for 30 days so the aforementioned may be effectuated.

In light of the foregoing, Mr. Ovalles has advised that the conference scheduled before the court at 3:30 p.m. today has been cancelled.

Respectfully yours,

Amy Rosenbloom
AR: 6952

AR:bun

cc: Composto & Composto
Attorneys for defendants
By fax